MATTHEW R. COWAN
(Cal. Bar No. 281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811 Telephone:
(213) 430-6000
Facsimile: (213) 430-6407

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, New York  10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Defendants
*Pro hac vice forthcoming

[Counsel for Plaintiff on Next Page]

DAVID M. ROSENBERG-WOHL
(Cal. Bar No. 132924)
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION
3080 Washington St.
San Francisco, CA 94115
(415) 317-7756
david@hrw-law.com

*Attorney for Plaintiff
Fr. Dat Nguyen*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FR DAT NGUYEN,

        Plaintiff,

    v.

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, MICHAEL V.
DRAKE, CYNTHIA LARIVE, AND
DOES 1-10,

        Defendants.

Case No. 5:26-cv-03983-SVK

[~~PROPOSED~~] ORDER GRANTING **AS MODIFIED** JOINT STIPULATION UNDER L.R. 6-1(B) EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND MODIFYING CASE MANAGEMENT DEADLINES

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation Under L-R 6-1(b) Extending Defendants' Time to Respond to Complaint and Case Management Deadlines, **IT IS HEREBY ORDERED** that:

1.      The time within which Defendants may answer, object to, or otherwise respond to Plaintiff's Complaint is extended up through and including September 2, 2026.

2.      The case management deadlines are modified as set forth in the table below:

| Case Management Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline to file ADR Certification.  *See* ADR L.R. 3. | July 14, 2026 | September 10, 2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan.  *See* Fed. R. Civ. P. 26(f)) | July 14, 2026 | September 10, 2026 |
| Deadline to make initial disclosures.  *See* F.R. Civ. P. 26(a)(1). | July 28, 2026 | September 24, 2026 |
| Deadline to file Joint Case Management Statement. | July 28, 2026 | ~~September 24, 2026~~ October 6, 2026 |
| Initial Case Management Conference.  (To be held by Zoom) | August 4, 2026 | ~~September 29, 2026~~ October 13, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:    July 9, 2026

Judge Susan van Keulen
United States District Magistrate Judge

[PROPOSED] ORDER GRANTING
PARTIES' STIP.
CASE NO. 5:26-CV-03983-SVK